[No. 35116-1-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES V. HESLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 05-1-00218-1, Michael J. Sullivan, J., entered July 7, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35735-6-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ROBERT GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05265-1, John R. Hickman, J., entered December 6, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 35743-7-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JOSEPH WHITMIRE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00184-0, Stephen M. Warning, J., entered December 28, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 35802-6-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON JAMES PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01384-6, Lisa R. Worswick, J., entered December 14, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.